IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JON Q. WRIGHT and JO LICENSING, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>SHELBY DISTRIBUTORS, LLC d/b/a EAGLE BEVERAGE and ROBERT CURTISS d/b/a CURTISS SERVICE CENTER,<br><br>Defendants. | CV 24-100-GF-KLD<br><br>ORDER |

The parties have filed a joint Stipulation of Dismissal with Prejudice. (Doc. 46). The parties request that this Court dismiss the above-captioned matter with prejudice, with each party to bear its own costs and fees. Accordingly,

IT IS ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE, with each party to bear its own costs and fees.

The Clerk of Court is directed to close the case file.

DATED this 16th day of July, 2025.

                                                              _____
                                                              Kathleen L. DeSoto
                                                              United States Magistrate Judge